KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

ORIGINAL

E-Filing

RECEIVED
FILED
AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHARLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. C 04-5322 PJH ARB<br><br>JOINT STATUS CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [~~PROPOSED~~] ORDER<br><br>Date:　August 18, 2005<br>Time:　2:30 p.m.<br>Place:　Courtroom 3, 17th Fl.<br>Before:　Hon. Phyllis J. Hamilton |

　　The parties in the above-entitled action jointly submit this Status Conference Statement and request that the Court reschedule the Status Conference for November 17, 2005.

　　1. <u>A brief description of the events underlying the action</u>:

　　Plaintiff, Robert Charles, sues the United States pursuant to the Federal Tort Claims Act for injuries allegedly suffered as a result of an automobile accident. Charles seeks compensation for medical bills, pain and suffering following a May 22, 2003 incident in which he was struck by an official government vehicle on Polk Street between Turk Street and Golden Gate Avenue.

　　Charles alleges he stepped off of the curb in order to walk around the government vehicle when the vehicle suddenly began to move. Special Agent Dennis Tsang was driving the vehicle, a Ford SUV, and was exiting the Federal Office Building at 450 Golden Gate Avenue when the

1  accident occurred. Tsang was working within the scope of his federal employment and contends
2  that Charles was jaywalking.

3       2. <u>Status of the Matter</u>

4       A case management conference was held April 21, 2005. At that time, plaintiff was
5  pro se. The government did not anticipate filing a dispositive motion other than to limit
6  plaintiff's damages.

7       No trial date was set and the case was referred to mediation. Also, Plaintiff was ordered
8  to amend his complaint if he intended to recover damages in excess of those identified in his
9  complaint (which was removed from small claims court in San Francisco).

10      Plaintiff has retained an attorney, Thomas R. Woelfel who entered an appearance on or
11 about May 11, 2005. A mediation was held July 12, 2005. The case did not settle; nevertheless,
12 the parties have entered into an agreement whereby they will engage in very limited discovery
13 and then will revisit the various settlement proposals.

14      3. <u>Request for Rescheduling of the Status Conference</u>:

15      Plaintiff requests, and defendant does not object, to a continuance of the status conference
16 in this case. Good cause exists to continue the status conference for three reasons. First, this
17 case may yet be resolved if the parties are able to exchange certain documents and verify that
18 certain facts are not in dispute. Second, Plaintiff has not yet amended his complaint and almost
19 certainly will seek to do so prior to the next status conference if the matter is not resolved. Third,
20 plaintiff's counsel had scheduled a deposition for the afternoon of August 18, 2005.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | The deposition already has been rescheduled.

2 | Respectfully submitted,

3 | Thomas R. Woelfel     KEVIN V. RYAN
United States Attorney

5 | Dated: August 12, 2005

6 | Attorney for Plaintiff     ABRAHAM A. SIMMONS
Robert Charles     Assistant United States Attorney

## [PROPOSED] ORDER

The Clerk shall file the Substitution of Attorney received May 12, 2005 that notes Thomas Woelfel's appearance as attorney for plaintiff. The Case Management Conference is continued to November 17, at 2:30 p.m. A Joint Case Management Conference Statement shall be filed seven days prior to the conference. If Plaintiff intends to seek an amount in this litigation in excess of the amounts identified in the operative complaint, a motion to file an amended complaint shall be filed on or before November 3, 2005.

**IT IS SO ORDERED.**

Dated: _____     _____
United States District Judge

JOINT STATUS CONFERENCE STATEMENT
AND PROPOSED ORDER
C 00-03649 PJH     3

1 | The deposition already has been rescheduled.

Respectfully submitted,

| Thomas R. Woelfel | KEVIN V. RYAN |
| --- | --- |
| | United States Attorney |

Dated: August 12, 2005

| Attorney for Plaintiff | ABRAHAM A. SIMMONS |
| --- | --- |
| Robert Charles | Assistant United States Attorney |

## [~~PROPOSED~~] ORDER

The Clerk shall file the Substitution of Attorney received May 12, 2005 that notes Thomas Woelfel's appearance as attorney for plaintiff. The Case Management Conference is continued to November 17, at 2:30 p.m. A Joint Case Management Conference Statement shall be filed seven days prior to the conference. If Plaintiff intends to seek an amount in this litigation in excess of the amounts identified in the operative complaint, a motion to file an amended complaint shall be filed on or before November 3, 2005.

**IT IS SO ORDERED.**

Dated: 8/17/05

United States District Judge