1  THOMAS R. WOELFEL (SBN 120358)

2      Law Offices of Thomas R. Woelfel
       500 Ygnacio Valley Rd. Ste. 300
3      Walnut Creek, CA 94596
       Telephone:    (925) 977-9600
4      Facsimile:    (925) 977-9687
       Email:        twoelfman@aol.com
5
   Attorney for Plaintiff
6

7  KEVIN V. RYAN (SBN 118321)
   United States Attorney
8  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
9  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
10
       450 Golden Gate Avenue, 10th Floor
11     San Francisco, California 94102-3495
       Telephone:    (415) 436-7264
12     Facsimile:    (415) 436-6748
       Email:        abraham.simmons@usdoj.gov
13
   Attorneys for Federal Defendant
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18 ROBERT CHARLES,                   )    No. C 04-5322 PJH
                                     )
19              Plaintiff,           )
                                     )    STIPULATION AND [PROPOSED]
20        v.                         )    ORDER APPROVING COMPROMISE
                                     )    SETTLEMENT
21 UNITED STATES OF AMERICA,         )
                                     )
22              Defendant.           )
   _____)
23
       The parties in the above-entitled action jointly submit this stipulation and proposed order
24
   approving compromise settlement between Robert Charles (herein after referred to as
25
   ("Plaintiff"), and the United States of America, Defendant, as follows:
26
       1. The parties do hereby agree to settle and compromise the above-entitled action under
27
   the terms and conditions set forth herein.
28

1      2. The United States of America, Defendant, agrees to pay to the Plaintiff the sum of

2  Five Thousand Dollars and no cents ($5,000.00), which sum shall be in full settlement and

3  satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and

4  nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen

5  bodily and personal injuries, damage to property and the consequences thereof, resulting, and to

6  result, from the same subject matter that gave rise to the above-captioned lawsuit, including but

7  not limited to claims for wrongful death which Plaintiff or his heirs, executors, administrators, or

8  assigns, and each of them, now have or may hereafter acquire against the United States of

9  America, its agents, servants, and employees.

10     3. Plaintiff, his heirs, executors, administrators or assigns hereby agrees to accept the

11 sum of Five Thousand Dollars and no cents ($5,000.00), in full settlement and satisfaction of any

12 and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from,

13 and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal

14 injuries, damage to property and the consequences thereof which they may have or hereafter

15 acquire against the United States of America, its agents, servants and employees on account of

16 the same subject matter that gave rise to the above-captioned lawsuit, including any future claim

17 for wrongful death. Plaintiff and his executors, administrators or assigns further agrees to

18 reimburse, indemnify and hold harmless the United States of America, its agents, servants or

19 employees from any and all such causes of action, claims, liens, rights, or subrogated or

20 contribution interests incident to or resulting from further litigation or the prosecution of claims

21 by Plaintiff or his heirs, executors, administrators or assigns against any third party or against the

22 United States, including claims for wrongful death.

23     4. This stipulation for compromise settlement shall not constitute an admission of

24 liability or fault on the part of the United States, its agents, servants, or employees, and is entered

25 into by both parties for the purpose of compromising disputed claims and avoiding the expenses

26 and risks of litigation.

27

28

Settlement Agreement and Proposed Order
C 04-5322 PJH ARB                                   2

1    5. This agreement may be pled as a full and complete defense to any subsequent action or

2    other proceeding involving any person or party which arises out of the claims released and

3    discharged by the agreement.

4    6. It is also agreed, by and among the parties, that the settlement amount of Five

5    Thousand Dollars and no cents ($5,000.00) represents the entire amount of the compromise

6    settlement and that the respective parties will each bear their own costs, fees, and expenses and

7    that any attorneys' fees owed by the Plaintiff will be paid out of the settlement amount and not in

8    addition thereto.

9    7. It is also understood by and among the parties that, pursuant to 28 U.S.C. section

10   2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 per

11   centum of the amount of the compromise settlement.

12   8. Payment of the settlement amount will be made by a check for Five Thousand Dollars

13   and no cents ($5,000.00) and made payable to Robert Charles, Plaintiff, and Thomas R. Woelfel,

14   Esq., Plaintiff's attorney.

15   9. In consideration of this Agreement and the payment of Five Thousand Dollars and no

16   cents ($5,000.00) thereunder, Plaintiff agrees that he will deliver to defendant's counsel a fully

17   executed Stipulation for Dismissal with prejudice of C 04-5322 PJH , Robert Charles v. United

18   States which shall be held in trust and not filed until the settlement check is delivered to

19   plaintiff's attorney.

20   10. Plaintiff hereby releases and forever discharges the United States and any and all of

21   its past and present officials, employees, agents, attorneys, their successors and assigns, from any

22   and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any

23   kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or

24   unknown, arising out of the allegations set forth in Plaintiff's pleadings in this action.

25   11. The provisions of California Civil Code Section 1542 are set forth below:

26   "A general release does not extend to claims which the creditor
     does not know or suspect to exist in his favor at the time of
27   executing the release, which if known by him must have materially

28
     Settlement Agreement and Proposed Order
     C 04-5322 PJH ARB                         3

1   affected his settlement with the debtor."

2   Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by his

3   attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and

4   all rights he may have pursuant to the provision of that statute and any similar provision of

5   federal law. Plaintiff understands that, if the facts concerning Plaintiff's injury and the liability

6   of the United States (including any and all of its past and present officials, employees, agents or

7   attorneys) for damages pertaining thereto are found hereinafter to be other than or different from

8   the facts now believed by them to be true, this Agreement shall be and remain effective

9   notwithstanding such material difference.

10      12. This instrument shall constitute the entire agreement between the parties, and it is

11  expressly understood and agreed that the agreement has been freely and voluntarily entered into

12  by the parties hereto with the advice of counsel, who have explained the legal effect of this

13  agreement. The parties further acknowledge that no warranties or representations have been

14  made on any subject other than as set forth in this Agreement. This Agreement may not be

15  altered, modified or otherwise changed in any respect except by writing, duly executed by all of

16  the parties or their authorized representatives.

17  14. Plaintiff has been informed that payment may take sixty days or more to process, but

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
    Settlement Agreement and Proposed Order
    C 04-5322 PJH ARB                          4

1    Defendant agrees to make good faith efforts to expeditiously process said payment.

2

3

4    Dated: _11 - 16 - 05_            _Robert Charles_
                                      Robert Charles
5                                     Plaintiff

6

7    Dated: _11/16/05_               THOMAS R. WOELFEL , Esq.
                                      Attorney for Plaintiff
8

9                                     KEVIN V. RYAN
                                      United States Attorney
10

11

12   Dated: _11/19/05_               ABRAHAM A. SIMMONS
                                      Assistant United States Attorney
13                                    Attorneys for Defendant

14

15   APPROVED AND SO ORDERED:

16

17        11/17/05
     Dated: _____
18                                    THE HON. PHYLLIS J. HAMILTON
                                      United States District Court Judge
19

20

21

22

23

24

25

26

27

28
     Settlement Agreement and Proposed Order
     C 04-5322 PJH ARB                              5