THOMAS R. WOELFEL (SBN 120358)

    Law Offices of Thomas R. Woelfel
    500 Ygnacio Valley Rd. Ste. 300
    Walnut Creek, CA 94596
    Telephone:  (925) 977-9600
    Facsimile:  (925) 977-9687
    Email:  twoelfman@aol.com

Attorney for Plaintiff


KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROBERT CHARLES, | ) | No. C 04-5322 PJH |
|     Plaintiff, | ) | |
| v. | ) | **DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

Pursuant to paragraph nine of the Settlement Agreement and Release entered into between the parties in the above-captioned matter, the parties hereby stipulate and agree to dismiss this cause and action with prejudice.

IT IS SO STIPULATED.

Dated: 11/29/05

THOMAS R. WOELFEL, Esq.
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: 3/31/06

ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation IT IS SO ORDERED.

Dated: 4/18/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulated Dismissal
C 04-5322 PJH

2